**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jeri Michelle MARKS, Defendant–Appellant.**

**No. 15–10878 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 28, 2015.

Adam W. Overstreet, Gloria A. Bedwell, Kenyen Ray Brown, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Raymond L. Bell, Jr., Bell Law Firm, Mobile, AL, Jeri Michelle Marks, FCI Aliceville–Inmate Legal Mail, Aliceville, AL, for Defendant–Appellant.

Before TJOFLAT, HULL and ROSENBAUM, Circuit Judges.

PER CURIAM:

Raymond L. Bell, Jr., counsel for Jeri Michelle Marks in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We are instructed to decide independently, upon plenary examination of

the case, whether the appeal is wholly frivolous. *Id.* at 744, 87 S.Ct. 1396. Our review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Marks's convictions and sentences are **AFFIRMED.**